No. 155. First National Bank of Belle Fourche, S. Dak., Plaintiff in Error, *v.* Adolph O. Eberhart et al. In error to the District Court of the United States for the District of Minnesota. Motion to dismiss submitted October 18, 1915. Decided October 25, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Aspen Min. & Smelting Co.* v. *Billings,* 150 U. S. 31; *Brown* v. *Alton Water Co.,* 222 U. S. 325; *Union Trust Co.* v. *Westhus,* 228 U. S. 519; *Shapiro* v. *United States,* 235 U. S. 412. *Mr. Norman T. Mason* and *Mr. James A. George* for the plaintiff in error. *Mr. Harrison L. Schmidt* for the defendants in error.